### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | Case No. 20-11329 |
| ) | |
| CHRISTOPHER D. SOMERS, ) | IN PROCEEDINGS UNDER CHAPTER 7 |
| ) | |
| Debtor ) | Adversary Proc. No. 20-01036 |
| ) | |
| WENDY COUSER, ) | JUDGE SARAH A. HALL |
| ) | |
| Plaintiff ) | |
| vs. ) | |
| ) | |
| CHRISTOPHER D. SOMERS, ) | |
| Defendant ) | |

### JOINT STATUS REPORT ABOUT THE CIVIL RIGHTS LAWSUIT

Wendy Couser, by her counsel, and Christopher D. Somers, by his counsel, submit this joint status report as per this Court's July 17, 2020-Order (Doc. 21) as follows:

1. Wendy Couser's claims against Christopher D. Somers remain pending in the United States District Court for the District of Kansas (*Couser v. Somers, et al.*, 18-cv-1221 JWB-GEB).

2. On February 23, 2021, Plaintiff filed a Second Amended Complaint adding one additional party, and conforming the Complaint to prior rulings from the United States District Court.

3. The parties have also entered into a discovery schedule, and written discovery has commenced.

Dated: April 1, 2021

| WENDY COUSER | CHRISTOPHER D. SOMERS |
|---|---|
| By: /s/Mark Loevy-Reyes | /s/ Joshua Farmer |
| Mark Loevy-Reyes* - #6209841<br>LOEVY & LOEVY<br>311 N. Aberdeen St., 3rd Floor<br>Chicago, IL 60607<br>Phone: 312-243-5900<br>Fax: 312-243-5902<br>mark@loevy.com | Joshua Farmer, CA302846<br>Upright Law LLC<br>1101 SW C Avenue<br>Lawton, OK 73501<br>Phone: 580-248-2500<br>Fax: 580-581-1803<br>josh@taylaw.net |
| ROBERT D. GIFFORD - #17034<br>Gifford Law Office, P.L.L.C.<br>P.O. Box 2682<br>Oklahoma City, OK 73101<br>(405) 778-4647 (phone)<br>(877) 295-0287 (fax)<br>Robert.gifford@giffordlawyer.com | *Counsel for Debtor Christopher D. Somers* |
| *Counsel for Plaintiff Wendy Couser*<br>* Admitted pro hac vice | |

<u>CERTIFICATE OF SERVICE</u>

      I, <u>Mark Loevy-Reyes</u>, an attorney, hereby certify that on April 1, 2021, a true and correct copy of the foregoing Amended Joint Status Report about the Civil Rights Lawsuit was served via CM/ECF or by U.S. Mail to the following:

Ginger D. Goddard, Chapter 7 Trustee
Ginger D. Goddard
224 West Gray Street, Suite 202
Norman, OK 73069
(by first class mail)

United States Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102
(by first class mail)


Dated: April 1, 2021     <u>s/ Mark Loevy-Reyes</u>
                                          Mark Loevy-Reyes - #6209841
                                          LOEVY & LOEVY
                                          311 N. Aberdeen St., 3rd Floor
                                          Chicago, IL 60607
                                          Phone: 312-243-5900
                                          Fax: 312-243-5902
                                          Mark@loevy.com
                                          *Counsel for Plaintiff Wendy Couser*